No. 813. UDALL, SECRETARY OF THE INTERIOR, *v.* TALLMAN ET AL. Motion of Richfield Oil Corp. et al. for leave to file a brief, as *amici curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *Solicitor General Cox, Wayne G. Barnett, Stephen J. Pollak, Roger P. Marquis* and *Edmund B. Clark* for petitioner. *Charles F. Wheatley, Jr.* and *Robert L. McCarty* for respondents. *William J. DeMartini, Gordon A. Goodwin, Joseph A. Ball, Abe Fortas, Clark M. Clifford, Clayton L. Orn, Mar-*

vin *J. Sonosky, Oscar L. Chapman, Martin L. Friedman* and *Marion B. Plant* for Richfield Oil Corp. et al., as *amici curiae*, in support of the petition.